IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LISA ANN EMMETT,<br><br>Defendant. | CR  20-53-BLG-DLC-TJC-1<br><br>**ORDER VACATING CHANGE OF PLEA HEARING** |

Defendant has filed an unopposed motion to vacate the change of plea hearing.  (Doc. 42.)  Defense counsel requests the hearing be vacated in light of Defendant's letter to the Court dated October 23, 2020, asserting she does not feel counsel is adequately representing her.  (*See* Doc. 41.)

Accordingly, IT IS ORDERED that the change of plea hearing set for October 27, 2020, at 9:00 a.m. is VACATED.  The hearing will be reset after the issue of representation can be addressed by the District Court.

DATED this 26th day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge