IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LISA ANN EMMETT,<br><br>Defendant. | CR 20-53-BLG-DLC-TJC-1<br><br>**ORDER VACATING CHANGE OF PLEA HEARING** |

Defendant has filed an unopposed motion to vacate the change of plea hearing. (Doc. 60.) Defendant also requests the matter be set on the trial calendar. Accordingly,

IT IS ORDERED that the change of plea hearing set for December 10, 2020, at 9:00 a.m. is VACATED and therefore the matter is no longer referred to the undersigned. Judge Christensen will set the matter for trial and further address Defendant's motion to change plea (Doc. 34).

DATED this 9th day of December, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge