IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–53–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LISA ANN EMMETT and ANTHONY SCOTT WALTER, | |
| Defendants. | |

Before the Court is the United States' Motion to Dismiss with Prejudice Forfeiture Allegation. (Doc. 92.) The United States moves to dismiss with prejudice the forfeiture allegation contained in the indictment because the property has been administratively forfeited through the investigating agency. (*Id.* at 1–2.) The Court has already dismissed the forfeiture allegation against Lisa Ann Emmett in its judgment. (Doc. 95.)

Accordingly, IT IS ORDERED that the motion (Doc. 92) is GRANTED. The forfeiture allegation against Anthony Scott Walter is DISMISSED with prejudice.

1

DATED this 6th day of October, 2021.

_____
Dana L. Christensen, District Judge
United States District Court